UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
DALIA GENGER,

      Plaintiff,

           -v-

SAGI GENGER,

      Defendant/Third-Party Plaintiff,

           -v-

ORLY GENGER,

      Third-Party Defendant.
------------------------------------------------------X

## DECLARATION OF ERIC HERSCHMANN

ERIC HERSCHMANN hereby makes the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an attorney in good standing admitted to practice before this Court, among others. I have handled matters throughout the United States during my 30+ years of practice. I am the husband of Orly Genger, who has been named by defendant Sagi Genger as a third-party defendant in this action. I submit this declaration in support of Orly's challenge to service and jurisdiction.

2. Orly and I got engaged in Israel in 2016 and were married here in the fall of 2016. Since that time, Orly has lived in Tel Aviv, Israel. She lives here with me and our infant daughter, who was born in 2017.

3. I do not own any property in New Jersey nor do I vote in New Jersey. My adult children own a home in Englewood, New Jersey, that I (and obviously they) are able to use. For at least the past year, no one has lived at that house full-time.

4. I had lived in Englewood years ago and still maintain membership in the East Hill Synagogue (amongst other synagogues in the United States and Israel). I visit with friends and family in Englewood from time to time and occasionally attend services at East Hill Synagogue. After Orly and I were married, Orly accompanied me to that Synagogue only once on Rosh Hashanah when all my children were in town. I have been in East Hill Synagogue less than a handful of times in the last one and one-half plus years.

5. I support numerous charitable causes both in Israel and the U.S., including an organization called NORPAC, a political action committee that works to strengthen the relationship between the United States and Israel. I have contributed to NORPAC for many years before my marriage to Orly, and continue to do so.

6. I rarely attend NORPAC events, even those for which I am credited as "hosting" or a "chairperson," normally because I am not in town. To my knowledge, Orly has not attended any NORPAC events since we were married.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Tel Aviv, Israel on January 25, 2018

Eric Herschmann

2