UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
DALIA GENGER,

                    Plaintiff,

-against-

SAGI GENGER,

            Defendant/Third-Party Plaintiff,

-against-

ORLY GENGER,

            Third-Party Defendant.
---------------------------------------------------------------------x

Case no. 17-CV-08181 KBF-DCF

**JUDGMENT**

The above-captioned action having been commenced by DALIA GENGER ("DALIA") as plaintiff, against SAGI GENGER ("SAGI") as defendant, in the United States District Court for the Southern District of New York, seeking, *inter alia,* damages for breach of contract; and SAGI having appeared and defended herein; and SAGI having joined ORLY GENGER ("ORLY") as a third-party defendant; AND ORLY having appeared and defended herein; and DALIA having moved pursuant to FRCP 56(a) for an order granting summary judgment to Dalia on her breach of contract claim against Sagi (ECF Doc. 70); and this Court (Forrest, J.) having granted DALIA'S motion for summary judgment in its decision and order dated July 27, 2018, entered by the Clerk of this Court on the same date, and attached hereto (ECF Doc. 101); it is hereby

**ORDERED, ADJUDGED AND DECREED**, that plaintiff DALIA GENGER, on her breach of contract claim against Sagi (ECF Doc. 70), do recover of defendant SAGI GENGER and the Clerk is directed to enter judgment in favor of DALIA GENGER in the amount of $6,000,000 in damages, plus statutory interest in the amount of $443,835 pursuant to CPLR Article 50 at 9% per annum from October 21, 2017 through entry of this Judgment, plus reasonable counsel and

other professional fees, expenses and costs in connection with this action, in an amount to be determined and that plaintiff DALIA GENGER have execution therefor.

**AND**, pursuant to Fed. R. Civ. P. 54(d)(2), any motion for attorney's fees shall be made no later than 14 days following the entry of this Judgment. Dated: New York, New York 8/17, 2018 SO ORDERED. _____

JUDGMENT, signed this 17th day of August 2018.

ENTER: _____