August 29, 2018

VIA ECF
Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Dalia Genger v. Sagi Genger</u>
Docket No. 17-cv-8181

Dear Judge Forrest:

We represent the parties to the first-party action in the above-referenced case. We are filing herewith the attached executed stipulation of settlement between the parties to the first party action, i.e., Dalia Genger and Sagi Genger. We do not believe that a signature by the third-party defendant Orly Genger is required to file the same. Out of an abundance of caution, we are submitting it to the Court pursuant to FRCP 41 so that Your Honor may "so order" the same.

We thank Your Honor in advance for the consideration of our request.

Respectfully submitted,

Judith Bachman
The Bachman Law Firm
Attorneys for Plaintiff
254 S. Main Street, Suite 306
(845) 639-3210

John Dellaportas
Kelley Drye & Warren LLP
Attorneys for Defendant Sagi Genger
101 Park Avenue
New York, New York 10178
(212) 808-7800

Encl. x1