ABSTRACT OF JUDGMENT

Re: Dalia Genger v. Sagi Genger v. Orly Genger

Case Number: 17-cv-08181

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Sagi Genger<br>10031 West Broadview Drive<br>Bay Harbor Islands, Florida 33154 | Dalia Genger<br>200 East 65th Street<br>Apt. 32W<br>New York, New York 10065 |

| Amount of Judgments | Names and Address es of Attorneys | Ent Date of Judgments |
|---|---|---|
| $6,443,835 | Judith Bachman<br>The Bachman Law Firm<br>Attorneys for Plaintiff<br>254 S. Main Street, Suite 306<br>(845) 639-3210<br><br>John Dellaportas<br>Kelley Drye & Warren LLP<br>Attorneys for Defendant 101<br>Park Avenue<br>New York, New York 10178<br>(212) 808-7800<br><br>Michael Paul Bowen<br>Kasowitz, Benson, Torres LLP<br>Attorneys for Third-Party Defendant<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1903 | August 17, 2018 |

UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York, New York

RUBY J. KRAJICK, Clerk of Court

_____

By, Deputy Clerk