# EXHIBIT 2

2840945536

## Northern Trust

**DEPOSIT ACCOUNT SIGNATURE CARD**

☒ New   ☐ Replaces Card Dated: _____   Date 6-18-2013

☐ Additional Signers (Non-Personal Ownership Use Only)   Multiple Cards 1 of 2

| Account Number(s): | Card Selection Personal Accounts: | Account Title: |
|---|---|---|
| Deposit¹ 2840-945-536 | ☐ Classic Debit Card | GENGER LITIGATION TRUST AGREEMENT |
| Enter additional account numbers opened on the same day with identical ownership. Check box(es) below to identify secondary account(s) for Debit or ATM Card: | ☐ Gold Debit Card ($10,000 minimum account balance required) | David Broser and Lance Harris, Trustees |
| ☐ Deposit _____ | ☐ ATM Card | |
| ☐ Deposit _____ | | |
| ☐ Deposit _____ | | |
| ¹Primary account for Debit Card **must** be a Checking product. | | |

**Total Number of Signers on Account:** 2

**ONE Signature Required for Withdrawal Unless Indicated:** 2   Special Remarks: _____

NOTE: Signature Restrictions are ONLY allowed on Non-Personal Accounts by Authority through the Account Resolution OR on Personal Accounts by Legal Appointment.

**Ownership Categories — Consumer Purpose:** (select one)
- ☐ Single-Party Account (Individual)
- ☐ Single-Party Account with Pay-on-Death (POD)
- ☐ Trust – Separate Agreement
- ☒ Fiduciary
- ☐ Joint (Multiple-Party) with Right of Survivorship
- ☐ Joint (Multiple-Party) with Right of Survivorship and Pay-on-Death (POD)
- ☐ Joint (Multiple-Party) Tenants in Common
- ☐ Other _____

**Ownership Categories — Business Purpose:** (select one)
- ☐ Corporation
- ☐ Limited Liability Company
- ☐ Ltd Partnership/Ltd Liability Partnership/Ltd Liability Ltd Partnership
- ☐ General Partnership
- ☐ Sole Proprietorship
- ☐ Organization, Association, Lodge
- ☐ Other _____

By signing below, the undersigned account holder(s) agree to the terms of the Bank's account agreements, rules and regulations, as amended from time to time. Further, the undersigned individuals authorize the Bank to obtain consumer reports on them.

NOTE: Convenience Signers (FL, IL, NY, TX), Attorneys in Fact, Delegated Trustees Do Not Sign the Deposit Account Signature Card. These agents sign the specific form that appoints their authority by an account owner.

☐ Check if use of facsimile signature is authorized (Separate authorization required)
☐ Online Access for Personal Accounts using Private Passport
(Online access requires Email Address and Mother's Maiden Name completed below)

Signature: _[signed]_   ☐ Debit Card _____   Social Security No: REDACTED
Print Name: DAVID BROSER   Date of Birth: 3-6-1966
Address: 104 WEST 104TH ST-19 FL - NEW YORK, NY 10018   Occupation: _____
ID Type/No: REDACTED   Place Issued: NEW YORK   Issue Date: 2-29-12   Exp. Date: 3-6-2020
ID Type/No: _____   Place Issued: _____   Issue Date: _____   Exp. Date: _____
Home Phone: _____   Work Phone: 212-682-1000   Email Address: _____
Personal Identifiers: Mother's Maiden Name: REDACTED   Employer/School Attended: _____

☐ Check if use of facsimile signature is authorized (Separate authorization required)
☐ Online Access for Personal Accounts using Private Passport
(Online access requires Email Address and Mother's Maiden Name completed below)

Signature: _____   ☐ Debit Card _____   Social Security No: _____
Print Name: LANCE HARRIS   Date of Birth: _____
Address: 575 LEXINGTON AVENUE-10TH FL-NEW YORK, NY 10022   Occupation: _____
ID Type/No: _____   Place Issued: _____   Issue Date: _____   Exp. Date: _____
ID Type/No: _____   Place Issued: _____   Issue Date: _____   Exp. Date: _____
Home Phone: _____   Work Phone: _____   Email Address: _____
Personal Identifiers: Mother's Maiden Name: _____   Employer/School Attended: _____

*Complete online and obtain physical signatures in blue or black ink. Facsimile signatures are not allowed.*

Additional Comments: _____

**Bank Use Only:** Completed By Name: _____   Primary Account Officer Name: _____

Member FDIC • Equal Housing Lender   Deposit Account Signature Card – Page 1 (Revised 3/2013)

2840945536

**Northern Trust**

*DEPOSIT ACCOUNT SIGNATURE CARD*

☒ New  ☐ Replaces Card Dated: _____    Date 6-18-2013

☐ Additional Signers (Non-Personal Ownership Use Only)    Multiple Cards 2 ___ of 2 ___

| Account Number(s): | Card Selection Personal Accounts: | Account Title: |
|---|---|---|
| Deposit¹ 2840-945-536 | ☐ Classic Debit Card | GENGER LITIGATION TRUST AGREEMENT |
| Enter additional account numbers opened on the same day with identical ownership. Check box(s) below to identify secondary account(s) for Debit or ATM Card: | ☐ Gold Debit Card ($10,000 minimum account balance required) | David Broser and Lance Harris, Trustees |
| ☐ Deposit _____ | ☐ ATM Card | |
| ☐ Deposit _____ | | |
| ☐ Deposit _____ | | |
| ¹Primary account for Debit Card must be a Checking product. | | |

**Total Number of Signers on Account:** 2

**ONE Signature Required for Withdrawal Unless Indicated:** 2   Special Remarks: _____

NOTE: Signature Restrictions are ONLY allowed on Non-Personal Accounts by Authority through the Account Resolution OR on Personal Accounts by Legal Appointment.

**Ownership Categories — Consumer Purpose:** (select one)
- ☐ Single-Party Account (Individual)
- ☐ Single-Party Account with Pay-on-Death (POD)
- ☐ Trust – Separate Agreement
- ☒ Fiduciary
- ☐ Joint (Multiple-Party) with Right of Survivorship
- ☐ Joint (Multiple-Party) with Right of Survivorship and Pay-on-Death (POD)
- ☐ Joint (Multiple-Party) Tenants in Common
- ☐ Other _____

**Ownership Categories — Business Purpose:** (select one)
- ☐ Corporation
- ☐ Limited Liability Company
- ☐ Ltd Partnership/Ltd Liability Partnership/Ltd Liability Ltd Partnership
- ☐ General Partnership
- ☐ Sole Proprietorship
- ☐ Organization, Association, Lodge
- ☐ Other _____

By signing below, the undersigned account holder(s) agree to the terms of the Bank's account agreements, rules and regulations, as amended from time to time. Further, the undersigned individuals authorize the Bank to obtain consumer reports on them.

NOTE: Convenience Signers (FL, IL, NY, TX), Attorneys in Fact, Delegated Trustees Do Not Sign the Deposit Account Signature Card. These agents sign the specific form that appoints their authority by an account owner.

Signature: _____
☐ Check if use of facsimile signature is authorized (Separate authorization required)
☐ Online Access for Personal Accounts using Private Passport (Online access requires Email Address and Mother's Maiden Name completed below)
☐ Debit Card _____  Social Security No: _____
Print Name: DAVID BROSER
Date of Birth: _____
Address: 104 WEST 104TH ST-19 FL - NEW YORK, N Y 10018
Occupation: _____
ID Type/No: _____ Place Issued: _____ Issue Date: _____ Exp. Date: _____
ID Type/No: _____ Place Issued: _____ Issue Date: _____ Exp. Date: _____
Home Phone: _____ Work Phone: _____ Email Address: _____
Personal Identifiers: Mother's Maiden Name: _____ Employer/School Attended: _____

Signature: _____
☐ Check if use of facsimile signature is authorized (Separate authorization required)
☐ Online Access for Personal Accounts using Private Passport (Online access requires Email Address and Mother's Maiden Name completed below)
☐ Debit Card _____  Social Security No: REDACTED
Print Name: LANCE HARRIS
Date of Birth: 8-23-1966
Address: 575 LEXINGTON AVENUE-10TH FL-NEW YORK, NY 10022
Occupation: _____
ID Type/No: REDACTED  Place Issued: NEW YORK  Issue Date: 8-9-12  Exp. Date: 8-23-20
ID Type/No: _____  Place Issued: _____  Issue Date: _____  Exp. Date: _____
Home Phone: _____  Work Phone: 212-833-0993  Email Address: _____
Personal Identifiers: Mother's Maiden Name: REDACTED  Employer/School Attended: _____

*Complete online and obtain physical signatures in blue or black ink. Facsimile signatures are not allowed.*

Additional Comments: _____

Bank Use Only: Completed By Name: _____   Primary Account Officer Name: _____

Member FDIC • Equal Housing Lender    Deposit Account Signature Card – Page 1 (Revised 3/2013)

2 8 4 0 9 4 5 5 3 6

**Northern Trust**

TRUST AUTHORIZATION AND AGREEMENT

**The Northern Trust Company**

700 BRICKELL AVENUE
MIAMI, FLORIDA 33131

Financial Institution

GENGER LITIGATION TRUST AGREEMENT

Account Information *(optional)*

By signing below the undersigned certify and agree that they are the Trustee(s) of a trust created by: ARIE GENGER AND ORLY GENGER
_____ (referred to as "Trust" in the rest of this document) *(dated)*
__6-18-2012__ The beneficiaries of this Trust are (check one) ☐ named in the Trust documentation on file ☒ are as follows: __Not on File__

If indicated, any Trustee named below (subject to any written restrictions) is authorized to *(indicate A, B, C and/or D)*:

__N/A__ (1) Exercise all of the powers listed in (2) through (9).

__A,B__ (2) Open any share or deposit account(s) in the name of this Trust including, but not limited to, accounts such as share draft, checking, savings, certificates of deposit, or term share certificates.
Number of authorized signatures required for this purpose __2__.

__A,B__ (3) Endorse checks/share drafts and orders for the payment of money and withdraw funds on deposit with this Financial Institution.
Number of authorized signatures required for this purpose __2__.

__N/A__ (4) Borrow money on behalf and in the name of this Trust, sign, execute and deliver promissory notes or other evidences of indebtedness.
Number of authorized signatures required for this purpose __N/A__.

__N/A__ (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by this Trust as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest, notice of intent to accelerate, notice of acceleration, and notice of non-payment.
Number of authorized signatures required for this purpose __N/A__.

__N/A__ (6) Enter into written lease for the purpose of renting and maintaining a Safe Deposit Box in this Financial Institution.
Number of authorized persons required to gain access and to terminate the lease __N/A__.

__N/A__ (7) Designate in writing changes to authorized signers on a Deposit Account or agents on a Safe Deposit Box. Number of authorized signatures required for this purpose __N/A__.

__N/A__ (8) To enroll in and appoint users for Northern Trust online financial services.
Number of authorized signatures required for this purpose __N/A__.

__N/A__ (9) Other _____
Number of authorized signatures required for this purpose __N/A__.

Any of the Trustee(s) named below are authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated on this authorization and agreement subject to any restrictions stated in this authorization and agreement.
**The undersigned certify that they have full power and lawful authority to provide this authorization and agreement and agree to the terms and conditions on pages 1 and 2.**

☐ If checked, this document must be signed in the presence of a Notary who will complete the notary section on page 2.

Trustee (A) DAVID BROSER
X _____ Dated _____
Address 104 WEST 104TH STREET - 19TH FLOOR
NEW YORK, NY 10018
Phone (w) _____ (h) _____

Trustee (B) LANCE HARRIS
X _____ Dated _____
Address 575 LEXINGTON AVENUE - 10TH FLOOR
NEW YORK, N Y 10022
Phone (w) _____ (h) _____

Trustee (C) _____
X _____ Dated _____
Address _____
Phone (w) _____ (h) _____

Trustee (D) _____
X _____ Dated _____
Address _____
Phone (w) _____ (h) _____

**FOR FINANCIAL INSTITUTION USE ONLY**

Authorization and agreement completed and effective *(date)* _____
By _____ for the Financial Institution.

©1994 Wolters Kluwer Financial Services - Bankers Systems™ Form TA-1 4/30/2003 Custom   MDF. ECOTA1   *(page 1 of 2)*

CONFIDENTIAL                                                                                                       NTC000003