2 8 4 0 9 4 5 5 3 6

Execution Copy
6/28/12

# GENGER LITIGATION TRUST AGREEMENT

Arie Genger and Orly Genger, make this trust agreement ("Agreement") and hereby appoint David Broser and Lance Harris, as the initial trustees (hereinafter, along with any other trustees serving hereunder, the "Trustees").

Arie Genger and Orly Genger hereby transfer and assign to the Trustees the property listed on Schedule "A" annexed hereto and made a part hereof, to hold in trust for the benefit of ADBG, LLC ("Lender"), in accordance with the provisions of Article I. This trust may be referred to as the "Genger Litigation Trust."

## ARTICLE I.   GENGER LITIGATION TRUST

## ARTICLE II.   The Trustees shall administer the Genger Litigation Trust (sometimes referred to herein as the "Trust") as follows:

A.   **Mandatory Payments.** (1) The Trustees shall pay the entire net proceeds received pursuant to the terms of the First Amendment to Credit Agreement annexed hereto as Schedule "B" (together with the Credit Agreement dated September 19, 2008 the "Credit Agreement"). Terms not defined herein shall have the meaning ascribed to them in the Credit Agreement.

(2)   In addition, the Trustees shall further pay all amounts distributed to the Genger Litigation Trust, whether such amounts are classified as distributions of income, capital gains or principal, net of any debts or expenses, excluding shares of Trans-Resources, Inc. within thirty (30) days of receiving such amount.

1

CONFIDENTIAL

NTC000005

2 8 4 0 9 4 5 5 3 6

IN WITNESS WHEREOF, the undersigned, as Grantor and Trustee, has signed this Agreement as of this _____ day of April, 2012.

Witness:

_____          _____
                                          Arie Genger, Grantor

_____          _____
                                          Orly Genger, Grantor

26

CONFIDENTIAL

NTC000006

2 8 4 0 9 4 5 5 3 6

STATE OF NEW YORK      )
                           : ss.:
COUNTY OF NEW YORK  )

On this ____ day of April, 2012 before me, the undersigned, a Notary Public in and for

said State, personally appeared _____, personally known to me or

proved to me on the basis of satisfactory evidence to be one of the individuals whose name is

subscribed to the within instrument and acknowledged to me that he executed the same in his

capacity, and that by his signature on the instrument, the individual, or the person on behalf of

which the individual acted, executed the instrument.

_____
Notary Public

27

CONFIDENTIAL

NTC000007

2 8 4 0 9 4 5 5 3 6

IN WITNESS WHEREOF, the undersigned, as Grantor and Trustee, has signed this Agreement as of this _____ day of April, 2012.

Witness:

_____    _____
                                              Arie Genger, Grantor

_____
Orly Genger, Grantor

26

CONFIDENTIAL

NTC000008

2 8 4 0 9 4 5 5 3 6

STATE OF NEW YORK   )
                         : ss.:
COUNTY OF NEW YORK )

    On this _____ day of April, 2012 before me, the undersigned, a Notary Public in and for

said State, personally appeared _____, personally known to me or

proved to me on the basis of satisfactory evidence to be one of the individuals whose name is

subscribed to the within instrument and acknowledged to me that he executed the same in his

capacity, and that by his signature on the instrument, the individual, or the person on behalf of

which the individual acted, executed the instrument.

_____
Notary Public

LANCE G. HARRIS
Notary Public, State of New York
Attorney and Counselor at Law
No. 02HA5048935
Qualified in New York County
Commission Expires September 5, 192

27

CONFIDENTIAL

NTC000009

2 8 4 0 9 4 5 5 3 6

**SCHEDULE A**

The Trustees shall collect all net proceeds from the Lawsuits, the Additional Lawsuits, and any and all Future Lawsuits that Arie Genger and/or Orly Genger have or may have relating to the Company including the settlement of any Lawsuits, Additional Lawsuits or Future Lawsuits including the receipt of monies by Arie Genger or Orly Genger from any of the named parties, including, directly or indirectly, through third parties, in the Lawsuits, Additional Lawsuits, and/or Future Lawsuits including but not limited to Dalia Genger, Sagi Genger, TPR Investment Associates, Inc., The Sagi Genger 1993 Trust, Rochelle Fang, Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Jules Trump, Eddie Trump, Mark Hirsch and/or Trans-Resources, Inc. and all of their related entities, associates, employees, and attorney.

The Trustees shall collect all proceeds from the Lawsuits, the Additional Lawsuits, and any and all Future Lawsuits that Arie Genger and/or Orly Genger have or may have relating to the Company including the settlement of any Lawsuits, Additional Lawsuits or Future Lawsuits including the receipt of TRI shares by Arie Genger or Orly Genger.

28

CONFIDENTIAL

NTC000010

2 8 4 0 9 4 5 5 3 6

## AMENDMENT TO THE TERM SHEET, CREDIT AGREEMENT AND GENGER LITIGATION TRUST AGREEMENT

This amendment is to memorialize a compensation and incentive agreement entered between borrower and Bill Wachtel ((BW) regarding his fees and incentives;

With Lender consent borrower has entered into an agreement with BW on 6 -20-12 that in consideration for BW services provided from 2010 to present and until completion of TRI / TPR associated litigations the following would be paid to BW for his services ;

1. first $35 M $750.000 + all net BW costs
2. $35M - $50 M additional $750.000
3. $50m - $75 M additional $1.0 M
4. $75M - $100 M additional $1,5 M
5. over  $100 M 5%
6. if $100 M deal is reached within 12 month additional $3 M


**AGREED TO:**

**BORROWERS**

ARIE GENGER
GENGER
ORLY

**LENDER**

ADBG

BY:

Date   7/17/17

CONFIDENTIAL

NTC000011