UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

| | |
|---|---|
| DALIA GENGER, | No. 17-cv-08181-VSB |
| Plaintiff, | Hon. Vernon S. Broderick |
| -v- | Magistrate Judge Debra Freeman |
| SAGI GENGER, | |
| Defendant/Third-Party Plaintiff, | |
| -v- | |
| ORLY GENGER, | |
| Third-Party Defendant. | |

------------------------------------------------------ X

      PLEASE TAKE NOTICE that, on July 12, 2019 (the "Petition Date") at approximately 8:30 p.m. eastern time, third-party defendant Orly Genger filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Texas, under Case No. 19-bk-10926.

      PLEASE TAKE FURTHER NOTICE that, pursuant to 11. U.S.C. § 362, *inter alia*, the commencement or continuation of a judicial, administrative, or other action or proceeding against the third-party defendant that was or could have been commenced before the Petition Date, including this action, is stayed as of the Petition Date.

Dated: New York, New York
July 13, 2019

                                                   Respectfully submitted,

                                                  KASOWITZ BENSON TORRES LLP

                                                  By: /s/ Michael Paul Bowen
                                                  Michael Paul Bowen
                                                  (mbowen@kasowitz.com)
                                                  Andrew R. Kurland
                                                  (akurland@kasowitz.com)
                                                  1633 Broadway
                                                  New York, NY  10019
                                                  (212) 506-1700

                                                Attorneys for third-party defendant Orly Genger

TO (via ECF):

    John Dellaportas, Esq., counsel for defendant/third-party plaintiff Sagi Genger
    Judith Bachman, Esq., counsel for plaintiff Dalia Genger