# Kasowitz Benson Torres llp

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

Andrew R. Kurland
Direct Dial: (212) 506-3306
Direct Fax: (212) 835-5254
AKurland@kasowitz.com

Atlanta
Houston
Los Angeles
Miami
Newark
San Francisco
Silicon Valley
Washington DC

November 17, 2020

Via ECF

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:  *Dalia Genger v. Sagi Genger*, 17-cv-8181-VSB-DF

Dear Judge Broderick:

    Pursuant to the Court's order dated November 4, 2020, we write jointly to inform the Court that the status of Orly Genger's bankruptcy case and the attendant automatic stay of this action are unchanged from the date of our last joint status report. Multiple motions are pending adjudication before the Bankruptcy Court, including Sagi Genger's motion to dismiss the bankruptcy. At the last hearing before the Bankruptcy Court, on October 30, 2020, that Court heard argument on various discovery issues related to the pending motion to dismiss. We will update the Court again as soon as there is a change in status.

.

    Respectfully submitted,

    /s/ Andrew R. Kurland
    *Counsel for Orly Genger*

    /s/ John Dellaportas
    *Counsel for Sagi Genger*